UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-80064-CV-MIDDLEBROOKS

JOEY A. WILLIAMS,

    Plaintiff,

v.

RESIDENTIAL REALTY SERVICES CORP.,
d/b/a OLEN LIVING,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case (DE 16), filed on March 16, 2022. Plaintiff initiated this action on January 12, 2022, alleging violations of the overtime provision of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. (DE 1). The Parties now advise the Court that they have settled all claims in this action and move for dismissal. (DE 16).

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

Having reviewed the Motion and the exhibits attached thereto, and being otherwise fully advised in the premises, I find that the Parties' Settlement Agreement (DE 16-1) reflects a reasonable compromise over contested litigation to resolve bona fide disputes under the FLSA.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Parties' Motion (DE 16) is **GRANTED**.

(2) The Court **APPROVES** the Settlement Agreement (DE 16-1)—including the settlement amount for attorneys' fees and costs—as a fair, adequate, and reasonable settlement of the claims at issue.

(3) This action is **DISMISSED WITH PREJUDICE**.

(4) The Clerk of Court shall **CLOSE THIS CASE**.

(5) Any pending motions are **DENIED AS MOOT**.

(6) Except as otherwise agreed, each Party shall bear its own fees and costs.

(7) Pursuant to the Parties' request, and to the extent permitted by law, I will reserve jurisdiction, for a period of six (6) months, to enforce the terms of the Parties' Settlement Agreement.

**SIGNED** in Chambers at West Palm Beach, Florida, this 17th day of March, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record